**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| **CHRISITNA A. BERKOS** | ) | CASE NO. 17-06945 |
| | ) | |
| Debtor(s). | ) | Hon. Pamela S. Hollis |

**NOTICE OF MOTION**

To:   See Attached Service List

**TRUSTEE'S CERTIFICATE OF SERVICE FOR**
**NOTICE OF TRUSTEE'S FINAL REPORT**

**PROOF OF SERVICE**

      I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 29th day of November, 2017, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                                          */s/ Peter N. Metrou*
                                                          **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

# Service List

## Via ECF

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Patrick A Meszaros
Law Offices Of Patrick A Meszaros
1100 W. Jefferson Street
Joliet, IL 60435-6814

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

## Via First-Class Mail

Bank of America, N.A.
PO Box 15220
Wilmington, DE 19886-5220

Capital Management Services, LP
698 1/2 South Ogden St.
Buffalo, NY 14206-2317

Cardmember Services
PO Box 1423
Charlotte, NC 28201-1423

Christina A Berkos
2408 Oak Tree Lane
Plainfield, IL 60586-7192

Client Services, Inc.
3451 Harry S. Truman Blvd.
Saint Charles, MO 63301-9816

Colony Starwood Homes
2760 Aurora Ave
Suite 100
Naperville, IL 60540-1020

Heritage Counseling Center Inc
24020 W. Riverwalk Ct Suite 100
Plainfield, IL 60544-7105

Keith Sass
4603 Skylark Lane
Plainfield, IL 60586-6841

Law Office of Edward R. Jaquays
Freedom Court Bldg.
Five West Jefferson Street
Joliet, IL 60432-4409

Lurie Children's Hospital
225 E. Chicago Ave. Box 44
Chicago, IL 60611-2991

Macy's
Bankrupcy Processing
PO Box 8053
Mason, OH 45040-8053

AMITA Health Medical Group
16955 Collections Center Drive
Chicago, IL 60693-0169

Ally Financial
Bankruptcy Department
P.O. Box 130424
Saint Paul, MN 55113-0004

Ally Bank
PO Box 130424
Roseville, MN 55113-0004

PNC Bank, N.A.
BR-Y B58-01-5
PO Box 5570
Cleveland, OH 44101-0570

Presence Health
62314 Collection Center Drive
Chicago, IL 60693-0623

The Pediatric Faculty Foundation
PO Box 4051
Carol Stream, IL 60197-4051

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
CHRISTINA A BERKOS § Case No. 17-06945
 §
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 01/12/2018 in Courtroom ,
Joliet City Hall
150 West Jefferson Street, 2nd Floor
Joliet, Illinois 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/29/2017          By: /s/ Peter N. Metrou
                                        Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
§
CHRISTINA A BERKOS § Case No. 17-06945
§
Debtor §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 17,050.00 |
| and approved disbursements of | $ | 5,531.33 |
| leaving a balance on hand of[1] | $ | 11,518.67 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou | $ 2,129.80 | $ 0.00 | $ 2,129.80 |
| Trustee Expenses: Peter N. Metrou | $ 32.93 | $ 0.00 | $ 32.93 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,162.73 |
| Remaining Balance | $ 9,355.94 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 35,549.04  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | THE LAW OFFICE OF EDWARD R. JAQUAYS | $ 33,203.15 | $ 0.00 | $ 8,738.54 |
| 2 | DEPARTMENT STORES NATIONAL BANK | $ 229.20 | $ 0.00 | $ 60.32 |
| 3 | PRESENCE HEALTH | $ 1,808.10 | $ 0.00 | $ 475.86 |
| 4 | PRESENCE HEALTH | $ 308.59 | $ 0.00 | $ 81.22 |

Total to be paid to timely general unsecured creditors     $            9,355.94

Remaining Balance     $               0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.