UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
CHRISTINA A BERKOS § Case No. 17-06945
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 314,794.40                    Assets Exempt: 25,400.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 9,355.94      Claims Discharged
                                                Without Payment: 271,207.88

Total Expenses of Administration: 4,442.06

---

3) Total gross receipts of $ 17,050.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,252.00 (see **Exhibit 2**), yielded net receipts of $ 13,798.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 220,503.90 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,442.06 | 4,442.06 | 4,442.06 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 53,457.82 | 35,549.04 | 35,549.04 | 9,355.94 |
| **TOTAL DISBURSEMENTS** | $ 273,961.72 | $ 39,991.10 | $ 39,991.10 | $ 13,798.00 |

4) This case was originally filed under chapter 7 on 03/07/2017 . The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/12/2018           By:/s/Peter N. Metrou, Trustee
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2010 CHEVY CAMARO SS MILEAGE: 35000 CO-OWNER WITH FORMER SPO | 1129-000 | 17,050.00 |
| **TOTAL GROSS RECEIPTS** | | **$17,050.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| American Auction Associates, Inc. | Exemptions | 8100-002 | 3,252.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 3,252.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial, Bankruptcy Department P.O. Box 130424 Saint Paul, MN 55113 | | 10,503.90 | NA | NA | 0.00 |
| | PNC Bank, N.A., BR-Y B58-01-5 PO Box 5570 Cleveland, OH 44101 | | 210,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 220,503.90** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 2,129.80 | 2,129.80 | 2,129.80 |
| Peter N. Metrou | 2200-000 | NA | 32.93 | 32.93 | 32.93 |
| Associated Bank | 2600-000 | NA | 29.33 | 29.33 | 29.33 |
| American Auction Associates, Inc. | 3610-000 | NA | 2,250.00 | 2,250.00 | 2,250.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,442.06 | $ 4,442.06 | $ 4,442.06 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMITA Health Medical Group, 16955 Collections Center Drive Chicago, IL 60693 | | 91.68 | NA | NA | 0.00 |
| | Bank of America, N.A., PO Box 15220 Wilmington, DE 19886-5220 | | 8,686.80 | NA | NA | 0.00 |
| | Capital Management Services, LP, 698 1/2 South Ogden St. Buffalo, NY 14206-2317 | | 11,597.72 | NA | NA | 0.00 |
| | Cardmember Services, PO Box 1423 Charlotte, NC 28201-1423 | | 2,936.00 | NA | NA | 0.00 |
| | Heritage Counseling Center Inc, 24020 W. Riverwalk Ct Suite 100 Plainfield, IL 60544-7105 | | 234.35 | NA | NA | 0.00 |
| | Lurie Children's Hospital, 225 E. Chicago Ave. Box 44 Chicago, IL 60611 | | 699.99 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | The Pediatric Faculty Foundation, PO Box 4051 Carol Stream, IL 60197-4051 |  | 264.34 | NA | NA | 0.00 |
| 2 | DEPARTMENT STORES NATIONAL BANK | 7100-000 | 143.29 | 229.20 | 229.20 | 60.32 |
| 3 | PRESENCE HEALTH | 7100-000 | 180.00 | 1,808.10 | 1,808.10 | 475.86 |
| 4 | PRESENCE HEALTH | 7100-000 | NA | 308.59 | 308.59 | 81.22 |
| 1 | THE LAW OFFICE OF EDWARD R. JAQUAYS | 7100-000 | 28,623.65 | 33,203.15 | 33,203.15 | 8,738.54 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 53,457.82 | $ 35,549.04 | $ 35,549.04 | $ 9,355.94 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-06945 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | CHRISTINA A BERKOS | | | | Date Filed (f) or Converted (c): | 03/07/2017 (f) |
| | | | | | 341(a) Meeting Date: | 04/06/2017 |
| For Period Ending: | 02/12/2018 | | | | Claims Bar Date: | 08/10/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4603 SKYLARK LN. PLAINFIELD IL 60586-0000 WILL | 186,405.00 | 186,405.00 | | 0.00 | FA |
| 2. 2013 CHEVY MALIBU | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 3. 2010 CHEVY CAMARO SS MILEAGE: 35000 CO-OWNER WITH FORMER SPO | 18,000.00 | 11,548.00 | | 17,050.00 | FA |
| 4. FURNITURE | 800.00 | 0.00 | | 0.00 | FA |
| 5. CASH | 0.00 | 0.00 | | 0.00 | FA |
| 6. HARRIS BANK | 948.00 | 0.00 | | 0.00 | FA |
| 7. HARRIS BANK- HOLDING TAX REFUND | 1,400.00 | 0.00 | | 0.00 | FA |
| 8. 401K THROUGH EMPLOYER | 137,389.40 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $354,942.40   $207,953.00   $17,050.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Filed Mt to Employ Auctioneer on 5/4/17 see Dkt#19. Report of Sale filed 6/7/17 see Dkt#27. TFR filed 11/28/17 see Dkt#32.

Initial Projected Date of Final Report (TFR): 05/01/2018      Current Projected Date of Final Report (TFR):

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

|  |  |
|---|---|
| Case No: 17-06945 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: CHRISTINA A BERKOS | Bank Name: Associated Bank |
|  | Account Number/CD#: XXXXXX5926 |
|  | Checking |
| Taxpayer ID No: XX-XXX3748 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 02/12/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/09/17 |  | American Auction Associates, Inc. 508 West Brittany Drive Arlington Heights, IL 60004 | Auction Fees |  | $11,548.00 |  | $11,548.00 |
|  |  |  | Gross Receipts $17,050.00 |  |  |  |  |
|  |  |  | ($3,252.00) | 8100-002 |  |  |  |
|  |  |  | ($2,250.00) | 3610-000 |  |  |  |
|  | 3 |  | 2010 CHEVY CAMARO SS MILEAGE: 35000 CO-OWNER WITH FORMER SPO $17,050.00 | 1129-000 |  |  |  |
| 07/10/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $12.18 | $11,535.82 |
| 08/07/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $17.15 | $11,518.67 |
| 01/14/18 | 101 | Peter N. Metrou 123 W. Washington St., Ste 216 Oswego, IL 60543 | Distribution |  |  | $2,162.73 | $9,355.94 |
|  |  | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($2,129.80) | 2100-000 |  |  |  |
|  |  | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($32.93) | 2200-000 |  |  |  |
| 01/14/18 | 102 | THE LAW OFFICE OF EDWARD R. JAQUAYS DEBORAH KANNER EBNER PO BOX 929 GLENVIEW, IL 60025 | Final distribution to claim 1 representing a payment of 26.32 % per court order. | 7100-000 |  | $8,738.54 | $617.40 |
| 01/14/18 | 103 | DEPARTMENT STORES NATIONAL BANK C/O QUANTUM3 GROUP LLC PO BOX 657 KIRKLAND, WA 98083-0657 | Final distribution to claim 2 representing a payment of 26.32 % per court order. | 7100-000 |  | $60.32 | $557.08 |
|  |  |  | Page Subtotals: |  | $11,548.00 | $10,990.92 |  |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |   | | |
|---|---|---|---|---|
| Case No: | 17-06945 | Trustee Name: | Peter N. Metrou, Trustee | |
| Case Name: | CHRISTINA A BERKOS | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX5926 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX3748 | Blanket Bond (per case limit): | $1,000,000.00 | |
| For Period Ending: | 02/12/2018 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/14/18 | 104 | PRESENCE HEALTH<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY, OK 73118 | Final distribution to claim 3 representing a payment of 26.32 % per court order. | 7100-000 | | $475.86 | $81.22 |
| 01/14/18 | 105 | PRESENCE HEALTH<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY, OK 73118 | Final distribution to claim 4 representing a payment of 26.32 % per court order. | 7100-000 | | $81.22 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $11,548.00 | $11,548.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $11,548.00 | $11,548.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $11,548.00 | $11,548.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*                              Page Subtotals:     $0.00     $557.08

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5926 - Checking | $11,548.00 | $11,548.00 | $0.00 |
| | $11,548.00 | $11,548.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $5,502.00 |
| Total Net Deposits: | $11,548.00 |
| Total Gross Receipts: | $17,050.00 |

Page Subtotals: $0.00 $0.00